**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
HAROLD JEAN-BAPTISTE,                                  :
                                                       :
      -against-                                        :
                                                       :                    ORDER
                                                       :
CASSANDRA LUCAS, *Dir of Employee*                     :
*Relations: Albert Einstein College Medicine Belfar*,  :          25 Civ. 10235 (GBD)
                                                       :
                      Defendant.                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

On April 29, 2024, Judge Valerie E. Caproni barred Plaintiff from filing any complaints or initiating litigation in the Southern District of New York without first obtaining leave to file from the court. (*See Jean-Baptiste v. United Sates Dep't of Just.*, No. 24-CV-1152 (VEC), ECF No. 8, at 2 (S.D.N.Y. Apr. 29, 2024).) The bar order states that Plaintiff's motion for leave to file a new complaint "must include (1) a copy of th[e] Order, (2) a copy of the proposed complaint, and (3) a one-page, double spaced declaration in 12 pt font with 1-inch margins at both sides and the top and bottom, submitted under penalty of perjury, stating why the matter is non-frivolous and stating whether it has been the subject of previous litigation." (*Id.* at 2–3.)

On December 9, 2025, Plaintiff filed an application seeking leave to file a new action. (*See* Mot. for Leave to File Pet., ECF No. 3, at 1.) After careful review of Plaintiff's application and proposed complaint, this Court concludes that Plaintiff's application fails to comply with Judge Caproni's bar order. Specifically, Plaintiff failed to attach a copy of Judge Caproni's order to his motion for leave to file, and he did not submit a declaration stating why this new action is not frivolous or whether this new action has been the subject of previous litigation. (*See id.*)

Plaintiff's failure to comply with the bar order gives this Court no basis to conclude that this action is a departure from his prior pattern of frivolous litigation. (*See Jean-Baptiste*, No. 24-

CV-1152, ECF No. 8, at 2 (stating that Plaintiff has "filed upward of 45 cases in federal courts around the country" and that three other jurisdictions have imposed filing injunctions against him).) Accordingly, this Court denies Plaintiff's request for leave to file this action. The case is dismissed *sua sponte*.

This Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

Dated: New York, New York
      December 15, 2025

SO ORDERED.

GEORGE B. DANIELS
United States District Judge